UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>MARIO GONZALEZ-GARCIA,<br><br>Defendant-Movant. | CASE NO. CR10-5373BHS<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |

This matter comes before the court on Defendant-Movant Mario Gonzalez-Garcia's (Gonzalez-Garcia) Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582. Dkt. 814. The court has reviewed the motion and the government's response (Dkt. 822).

Defendant seeks a reduction in sentence based on Amendment 788 to the Sentencing Guidelines which made Amendment 782 to USSG 2D1.1. Because the sentence that Gonzalez-Garcia is serving is the applicable mandatory minimum sentence required by 21 U.S.C. § 841(b)(1)(A), Defendant is ineligible for a reduction in sentence under 18 U.S.C. 3582(c)(2) and his motion should be denied.

NOW, THEREFORE, IT IS HEREBY ORDERED that Gonzalez-Garcia's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 is DENIED.

Dated this 11th day of June, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1